IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STEVIE ALTON REED, #222865, )
)
    Plaintiff, )
)
vs. ) CIVIL ACTION NO. 1:19-cv-206-TFM-N
)
MOBILE COUNTY SHERIFF'S )
DEPARTMENT, *et al.,* )
)
    Defendants. )

## **MEMORANDUM OPINION AND ORDER**

On July 30, 2019, the Magistrate Judge entered a Report and Recommendation (Doc. 13) to which no objections have been filed.

To the extent the Report and Recommendation addresses Defendant Mobile County Sheriff's Department and Defendant Mobile County Sheriff's Department K-9 unit, it is adopted. It is clear that these two entities cannot be sued and merit dismissal with prejudice. However, what is not clear and not addressed in the Report and Recommendation is the status of Sheriff Sam Cochran as a defendant.

A review of the original complaint filed on April 25, 2019 seemingly lists 3 separate defendants – Mobile County Sheriff's Department, Sheriff Sam Cochran, and Mobile County K-9 unit, *et al*. Doc. 1 at 2. However, he makes no specific allegations against Sheriff Cochran in his official or individual capacity. On April 29, 2019, the Magistrate Judge entered an order directing Plaintiff to file an amended complaint on the Court's standard § 1983 complaint form. Doc. 7. The Magistrate Judge also informed Plaintiff that "the new complaint will supersede the prior complaint" and "Plaintiff shall not rely upon his prior complaint." *Id*. Plaintiff filed his new complaint on May 17, 2019. Doc. 9. In the complaint header, he lists as Defendants "Mobile

County Sheriffs Dept of Alabama Mobile County K-9 unit et al." *Id*. at 1.[1] On page 5 of the Amended Complaint under Section III parties, he lists as Defendants "Mobile County Sheriffs Dept of Alabama" and "Mobile County K-9 Unit et al."  As such, it would appear that Plaintiff voluntarily dropped from his Complaint any claims against Sheriff Cochran and the docket sheet was simply not updated to reflect the proper defendants.  Additionally, Plaintiff failed to file objections to the Report and Recommendation wherein the Magistrate Judge only identified two defendants.  Therefore, the Court can also logically assume means he did not intend to identify any problems with the parties listed in the Recommendation.  Consequently, the Court finds that any claims against Sheriff Sam Cochran would be deemed abandoned and dropped by the Amended Complaint and shall be dismissed without prejudice.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issue raised, it is **ORDERED** that the Report and Recommendation (Doc. 13) is **ADOPTED as modified** as the Opinion of the Court.  Plaintiff's action against Defendants is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.  Plaintiff's action against Defendant Sheriff Sam Cochran is deemed abandoned and therefore, to the extent necessary, **DISMISSED without prejudice**.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 11th day of September, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] The Court lists the header defendants precisely as listed.