IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVIE ALTON REED, #222865, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:19-cv-206-TFM-N ) |
| MOBILE COUNTY SHERIFF'S DEPARTMENT, *et al.,* | ) ) ) |
| Defendants. | ) ) |

## **JUDGMENT**

In accordance with the order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims against Mobile County Sheriff's Department and Mobile County Sheriff's Department K-9 unit are hereby **DISMISSED with prejudice**. Plaintiff's claims against Sheriff Sam Cochran are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 11th day of September, 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE